IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : CRIMINAL NO. 7:22-CR-30-HL-TQL |
| | : |
| **JAMES SPENCER COCHRAN,** | : |
| | : |
| **Defendant.** | : |
| | : |

## PROPOSED ORDER

Pursuant to the Court's verbal order at Defendant James Spencer Cochran's sentencing hearing on April 26, 2023, the Court hereby ORDERS that Defendant shall make no attempt to contact the victim in the Vicky series of child pornography images and videos (aka "Lily"), nor to seek out information concerning her identification, whereabouts, family members, or other personal matters concerning her.

SO ORDERED, this  1st  day of  May , 2023.

s/Hugh Lawson
HUGH LAWSON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

*Prepared by*

HANNAH M. COUCH
Assistant United States Attorney
Georgia Bar No. 825706
United States Attorney's Office
Post Office Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
Facsimile: (478) 621-2655
Email: hannah.couch@usdoj.gov